No.

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 99-40766
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMUNDO GONZALEZ-GARIBY,

Defendant-

Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-20-1

---

June 27, 2000

Before HIGGINBOTHAM, DeMOSS and STEWART, Circuit Judges:

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raymundo Gonzalez-Garibay ("Gonzalez") has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Gonzalez has filed a response. Our independent review of the brief, Gonzalez's response, and the record discloses no nonfrivolous issues. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.